SALVATORE CITARELLA, Respondent, *v.* PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY et al., Appellants.

(Argued October 13, 1931; decided November 17, 1931.)

590

*Walter M. Hinkle, Jerome S. Hess, Irving I. Goldsmith* and *John D. Beals, Jr.,* for appellants.

*Anthony J. Romagna* and *Arthur H. Printz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CRANE, J.